# EXHIBIT 28

| | |
|---|---|
| **From:** | Trevor D. Reinhart |
| **To:** | Cyd Ball |
| **Date:** | Friday, December 20, 2019 7:35:08 PM |
| **Attachments:** | IA19-05Response.docx |

Cyd,

Can you do me a favor? On Monday can you print page one on Department letterhead, scan and send document to Mr. Lazlo? This is the response to Mr. Miller's questions that he requested additional clarification/investigation on.

Thank you
Trevor

**Major Trevor Reinhart**
**Special Operations Division**
City of Manassas Park Police
329 Manassas Drive, Manassas Park, VA, 20111
(703) 335-0644 (Office)
(571) 233-8303 (Cell)
(703) 330-1694 (Fax)
FBINA 252