

Deposition of:

# Chief Mario Lugo

*November 10, 2021*

In the Matter of:

# Miller, Regan v. City of Manassas Park, et al

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com  |

Page 1

1              IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
2                       ALEXANDRIA DIVISION
3         ---------------------------
          REGAN MILLER                    :
4                                         :
               Plaintiff                  :
5                                         :   Case Number:
          vs.                             :
6                                         :   1:21-cv-00456
          CITY OF MANASSAS PARK,          :
7         et al.                          :
                                          :
8              Defendants                 :
          ---------------------------
9
10                  DEPOSITION OF CHIEF MARIO LUGO
11        DATE:          November 10, 2021
12        TIME:          11:56 a.m. to 2:35 p.m.
13        LOCATION:      Berenzweig Leonard
                         8300 Greensboro Drive
14                       Suite 1250
                         McLean, Virgina 22102
15
16        REPORTED BY:  Felicia A. Newland, CSR
17
18
19
20                  Veritext Legal Solutions
                 1250 I Street, N.W., Suite 350
21                   Washington, D.C. 20005
22

1        it's related to that.

2               Q     I guess for simplicity today, we'll

3        just refer to that as the IA investigation.

4               A     Yes, sir.

5               Q     What is your current occupation?

6               A     The chief of police with the City of

7        Manassas Park Police Department.

8               Q     And are you currently certified as a

9        law enforcement officer in the Commonwealth of

10       Virginia?

11              A     Yes, sir.

12              Q     And how long have you been certified

13       as a law enforcement officer?

14              A     Over 22 years.

15              Q     And Manassas Park is your current

16       employer?

17              A     Yes, sir.

18              Q     How long have you worked for Manassas

19       Park?

20              A     Going on 21 years.

21              Q     Have you worked for any other law

22       enforcement agencies prior to your work with

```
                                                    Page 11

 1              A     It used to be located in the Manassas

 2      Park Shopping Center.

 3              Q     Okay.  Are you familiar with the LInX

 4      system?

 5              A     I know -- yes.

 6              Q     Do you have access to LInX?

 7              A     Not anymore.

 8              Q     Approximately when did your access --

 9      did it expire?

10              A     Yes, I just -- lack of using it, I

11      just let it go.  I never used it.

12              Q     Is that like going inactive?  Is that

13      what --

14              A     Yeah, pretty much.  And I couldn't

15      even tell you what the log-in is at this point.

16              Q     Approximately when did you go

17      inactive?

18              A     I don't even remember, sir.

19              Q     I guess, estimating, would it have

20      been several years ago?

21              A     More than that, yeah.

22              Q     And when did you become the chief of
```

Page 12

1          police at Manassas Park?

2                  A     April of 2019.  I believe it's the

3          24th.

4                  Q     Do you recall if you've accessed LInX

5          since becoming the chief of police?

6                  A     I have not.

7                  Q     Do you recall personally directing

8          anyone to conduct a LInX audit between March 28,

9          2019 and August 29th of 2019?

10                 A     No.

11                 Q     Have you personally communicated with

12         anybody at LInX, and that includes Catherine

13         Miller, since March 28, 2019?

14                 A     No.

15                 Q     You're familiar with Regan Miller,

16         correct?

17                 A     Yes, sir.

18                 Q     You previously worked with him at

19         Manassas Park?

20                 A     Yes.

21                 Q     When were you first made aware that

22         Regan Miller had made LInX searches related to

Page 13

1        Victoria Foster?

2              A     When we were investigating a

3        different matter.

4              Q     And which matter was that?

5              A     The one where he didn't provide

6        information that could have led to the arrest of an

7        individual that stole some firearms and a vehicle

8        from the victim in the City of Manassas Park.

9              Q     And what was your role in that

10       investigation?

11             A     I was just informed.

12             Q     Is it fair to call that other

13       incident a property crime?

14             A     What do you mean by "property crime"?

15             Q     You said that it was a -- the stolen

16       firearms, correct?

17             A     Yeah, a vehicle and a stolen firearm,

18       yes.  I guess it would be considered a property

19       crime.

20             Q     It did not relate in any way to a

21       homicide, correct?

22             A     No, sir.

1                    MS. BARDOT:  Object to form.

2                    THE WITNESS:  No, she did not

3          investigate it.  She just reported that this --

4          that some of the information was provided -- was

5          not provided to the investigating officer on the

6          property crime.

7     BY MR. SMITH:

8               Q     And how were -- these searches with

9          Victoria Foster, how did they come up in that

10         investigation of that property crime?

11              A     I believe Major Reinhart did a query

12         to see what he had searched that day for that other

13         crime and noticed that there was a homicide

14         justification code entered into LInX.

15              Q     And so it was Major Reinhart that

16         notified you of the Victoria Foster searches?

17              A     Yes.

18              Q     How did he notify you about this?

19         Was it via e-mail?

20              A     I don't believe so.  It might have

21         been in person.

22              Q     So after learning about that, did you

1     instruct Major Reinhart to conduct further

2     investigation?

3              A     Yes, sir.

4              Q     What were your specific instructions?

5              A     Look into it, investigate it, see why

6     he ran a homicide when we haven't had one in a few

7     years.  And also look into the first matter, which

8     was the property crime.

9              Q     Can you explain a little bit more

10    about the property crime?

11                   Was the allegation that Regan Miller

12    didn't give suspect information?

13             A     Yes.  Regan Miller was provided

14    information that could have led to the arrest of

15    the individuals who committed the crime in the City

16    of Manassas Park.  Did not provide that information

17    to, I believe it was, Sergeant Bussell, which in

18    turn put other officers in danger, because I guess

19    Fairfax County was able to locate them in a car

20    with the stolen vehicle with the stolen firearms.

21             Q     Do you recall approximately how long

22    after that suspect was arrested?

                                                    Page 17

 1              A      I do not, sir.

 2              Q      But the -- I guess your notice of --

 3      your notice from Major Reinhart about these

 4      searches would have taken place after that arrest

 5      occurred?

 6              A      I don't know if it was before or

 7      after.

 8              Q      Is it fair to say you wouldn't have

 9      been able to ascertain the identity of that person

10      who was arrested -- actually, strike that.

11                    Did you conduct any independent

12      investigation of those allegations related to both

13      the property crime and the Victoria Foster

14      searches?

15                    MS. BARDOT:  Object to form.

16                    THE WITNESS:  No.

17      BY MR. SMITH:

18              Q      Did you ever personally speak with

19      Regan Miller about any of those allegations?

20                    MS. BARDOT:  Object to form.

21                    THE WITNESS:  No.

22

```
                                                    Page 20
 1                 A     Yes.

 2                 Q     So concurrent to formally initiating

 3         an IA investigation, do you assign somebody to

 4         serve as the IA investigator?

 5                 A     Yes.

 6                 Q     Is that person always the same person

 7         for every Internal Affairs investigation?

 8                 A     No.

 9                 Q     Who did you assign to conduct the IA

10         investigation related to the Victoria Foster

11         searches?

12                 A     Major Reinhart.

13                 Q     And is Major Reinhart the only person

14         that you named to conduct the IA investigation?

15                 A     Yeah.

16                 Q     So if I could turn your attention to

17         Section VIII (K).

18                         MS. BARDOT:  What did you say?  Eight

19         what?

20                         MR. SMITH:  VIII (K), as in kite.

21                         MS. BARDOT:  What page number is

22         that?
```

```
                                                    Page 22

 1       file?

 2              A      Yeah.  My notice of charges.

 3              Q      Did you give Major Reinhart any

 4       information or any documents at the onset of this

 5       IA investigation?

 6              A      Gave him any documents?

 7              Q      Correct.

 8              A      I don't think so, no.  Oh, correct, I

 9       did.  I have a letter notifying that an IA was

10       investigating this, Regan Miller.  Yes, I would

11       provide him a letter stating that.

12              Q      And that would just be the initial

13       allegations related to the Internal Affairs

14       investigation.  That's the letter that you're

15       referring to?

16              A      Yes, sir.

17              Q      Did you task Major Reinhart with any

18       specific instructions regarding this IA?

19              A      No.

20              Q      Are all IAs confidential?

21              A      Yes.

22              Q      Do you recall if Major Reinhart made
```

1        Victoria Foster LInX searches?

2               A     I can't read this, sir.  I can only

3        see Regan Miller's name on here.  I can't read this

4        other print.  Apparently, according to Catherine,

5        this is part of a query, so I would think so.

6               Q     Okay.  Did you ever assign Frank

7        Winston to investigate any matters related to the

8        Victoria Foster LInX searches?

9               A     I did not.

10              Q     Did you instruct Frank Winston to

11       contact LInX regarding these searches?

12              A     No, but Major Reinhart might have.

13              Q     But you did not?

14              A     I did not.

15              Q     Did you instruct Major Reinhart to

16       investigate these LInX matters?

17              A     To investigate these LInX matters?

18              Q     Yes.

19              A     I -- I instructed him to investigate

20       the whole incident, yes.

21              Q     So as of this -- July 23rd, 2019, you

22       had not spoken with Frank Winston about anything

1          related to these Victoria Foster searches, correct?

2                    A     You're asking me prior to July 23rd,

3          2019?

4                    Q     As of the date of this e-mail.

5                    A     I don't -- I can't tell you yes or no

6          if I did or not.

7                    Q     So it's possible that you spoke with

8          him about the Victoria Foster searches prior to the

9          date of seeing this?

10                   A     I don't know.  I can't remember that.

11                   Q     Do you recall when you first notified

12         Regan Miller that an IA was about to be conducted

13         against him?

14                   A     I don't know the exact date, but the

15         letter should state the date that he was notified.

16                         MR. SMITH:  Let's mark this as 29.

17                         (Lugo Deposition Exhibit Number 29 marked

18                         for identification.)

19         BY MR. SMITH:

20                   Q     Do you recognize this as the IA

21         notification letter that you sent to Regan Miller?

22                   A     Yes, sir.

Page 32

1          Q      And this is dated August 12th, 2019?

2          A      Yes, sir.

3          Q      So the e-mail that Frank Winston sent

4     you was sent on July 23rd, 2019.  Why did you wait

5     approximately three weeks after having the LInX

6     search information to notify Regan Miller of the

7     IA?

8          A      I -- I believe that's when Major

9     Reinhart came to me and said that there's a

10    violation, additional violations, and it can't be

11    explained.

12         Q      Do you recall at that time if Major

13    Reinhart presented you with any written materials

14    or documents related to his investigation up to

15    August 12, 2019?

16         A      No, I don't recall.

17         Q      Would Regan Miller's knowledge of the

18    IA, as of July 23rd, 2019, have hindered the IA

19    investigation at all?

20         A      Is the -- I don't get the question.

21    What do you mean "knowledge"?

22         Q      If Regan Miller had knowledge that

1          there was an Internal Affairs investigation that

2          was lodged against him on July 23rd, the day that

3          you received information from Frank Winston about

4          these searches, in your opinion would that have

5          compromised an IA investigation against him?

6                          MS. BARDOT:  Object to the form.

7                          THE WITNESS:  I don't believe so.

8          BY MR. SMITH:

9                  Q      So there's some handwritten notes on

10         here, which appear to be 7 slash either 23 or 2

11         dash 3, and then below that 3/29.

12                         Is that your handwriting?

13                 A      No.

14                 Q      Did you authorize anyone to change

15         the dates included in this letter?

16                 A      I believe the dates -- when I wrote

17         the letter, I might have messed them up.  I should

18         have put the July date up top and the March date at

19         the bottom.

20                 Q      And you drafted this letter, correct?

21                 A      Yes.

22                 Q      Did you have any assistance from

```
1        notice of possible violations of policy.
2              Q     But as of this time, you didn't have
3        any evidence that showed that he had shared this
4        information with anybody, correct?
5                    MS. BARDOT:  Object to form.
6                    THE WITNESS:  At that point, no, we
7        were investigating it.
8        BY MR. SMITH:
9              Q     So following that August 12th, 2019
10       notice of IA investigation that you had sent to
11       Regan Miller, you subsequently opted to relieve him
12       of his work-related duties, correct?
13             A     Eventually during the investigation,
14       yes.
15                   MR. SMITH:  This is Exhibit 31.
16                   (Lugo Deposition Exhibit Number 31 marked
17                    for identification.)
18       BY MR. SMITH:
19             Q     And is this an accurate copy of the
20       notice that you gave to Regan Miller, which
21       relieved him of his employment-related duties?
22                   MS. BARDOT:  I would just object to
```

Page 39

1          the form of the question.

2                          THE WITNESS:  So you're asking me if

3          I wrote this memo?

4          BY MR. SMITH:

5                  Q     Correct.

6                  A     Yes, I did.

7                  Q     So the initial notice took place on

8          August 12, 2019.  You forwarded him this notice on

9          August 29, 2019.

10                         Why as of August 2000- -- or, I'm

11         sorry, August 29, 2019, did you feel that Regan

12         Miller needed to be immediately relieved of his

13         duties?

14                 A     Because of the nature of the

15         investigation.

16                 Q     And at that point, what had that

17         investigation revealed?

18                 A     That he was not being forthcoming

19         into the reason why he ran a Vicki Foster for a

20         homicide, and he broke his own protocols.

21                 Q     What protocols are those?

22                 A     According to him -- in his

Page 40

1       statements, he said that he would put assist if it

2       was an outside agency.  He could not remember.

3       Blatantly he denied that he ever ran a homicide for

4       our agency, only for the actual homicides that

5       happened in our agency.

6                        And if he was going to help an

7       outside agency, he would put assist, case number,

8       investigating that individual, provided three

9       different events of what occurred that led up to

10      this search for Vicki Foster, accusing other

11      officers of hacking the system.  Saying that he was

12      involved in a homicide that he actually Googled.

13      So there's too many inconsistencies with his

14      statements.

15               Q      And when was that interview

16      conducted?

17               A      I would have to refer to Major

18      Reinhart's interview notes or supplement.

19               Q      So in this letter, you reference

20      General Order 109 III.  If you could turn back to

21      Exhibit 27.

22                        (Discussion had off the record.)

```
                                              Page 41

 1                  (Recess from 12:32 p.m. to 12:34 p.m.)

 2         BY MR. SMITH:

 3                  Q     Okay.  After that short break, I

 4         would ask you, Chief Lugo, to direct your attention

 5         to page 4 of General Order 109.  And then if you

 6         look on Page 5, there's Subpart C.  And there's a

 7         list of incidents where immediate relief from duty

 8         may be implemented.

 9                       Understanding that it also says that

10         it's not limited to these seven categories, but can

11         you specifically identify for me what, if any, of

12         these subsections, 1 through 7, Regan Miller

13         violated?

14                  A     Potentially four, criminal offenses.

15                  Q     Is there anything else?

16                  A     No, not off that, but they could be

17         included in some other ones.

18                  Q     So as of August 29th, 2019, were you

19         actively seeking criminal charges against Regan

20         Miller as well?

21                  A     No.

22                  Q     At that point in time, had you
```

```
                                                 Page 43
 1        obligations as a law enforcement officer as of

 2        August 29, 2019?

 3                    MS. BARDOT:  Object to form.

 4                    THE WITNESS:  Yeah, pretty much.

 5        Yes.

 6        BY MR. SMITH:

 7             Q     I'm sorry, when you say "pretty

 8        much" --

 9             A     Like he doesn't have -- you know,

10        he's still an officer, but he's been suspended with

11        pay.

12             Q     So how does that work for cases that

13        he would be currently active in?

14             A     He can go to court, but he wouldn't

15        investigate any more further cases.  They would

16        have to be given to somebody else.

17             Q     What about administrative duties

18        related to ongoing cases?

19             A     Then he wouldn't have access to those

20        either.

21             Q     Would those be given to somebody

22        else?
```

```
 1            A      I don't think I saw a report.  I
 2       think this was just a conversation that I had with
 3       Major Reinhart.
 4            Q      So following Regan Miller's
 5       suspension, you continued to oversee the IA
 6       investigation, correct?
 7            A      Yes.
 8            Q      Did you give Major Reinhart any
 9       specific instructions related to the IA
10       investigation?
11            A      Like what type of instructions are
12       you referring to?
13            Q      Did you give him specific
14       instructions on how to conduct the investigation?
15            A      I don't believe so.
16            Q      Who were some of the other officers
17       that you would have serve as investigators for
18       Internal Affairs issues?
19                 MS. BARDOT:  Are you talking in 2019,
20       around this time, or currently, or when?
21                 MR. SMITH:  As of 2019.
22                 THE WITNESS:  What officers I would
```

Page 47

1            A      S-H-U-M-A-T-E.

2            Q      Was there any specific reason that

3     you choose Major Reinhart to investigate this IA?

4            A      Is there a specific reason why?

5            Q      Correct.

6            A      Yeah, because Captain Boorman was the

7     one that brought up the original complaint.

8            Q      So why would that automatically make

9     Major Reinhart your selection as the investigator?

10           A      He has knowledge how to do these

11    investigations and has done them before, so it was

12    an easy pick for him to do it.

13           Q      Did this specific IA require any

14    specialized knowledge to properly investigate?

15           A      What type of knowledge are you

16    referring to?

17           Q      Did you need somebody who had

18    knowledge of the LInX system?

19           A      Not necessarily.

20           Q      Why not?

21           A      Because we would still have to refer

22    to LInX to get whatever information we need.

Page 48

```
 1          Major Reinhart has an idea of how LInX works, but
 2          I'm not sure how much knowledge he has working the
 3          system.
 4               Q     So at the conclusion of the IA
 5          investigation --
 6               A     I didn't catch the beginning of that.
 7          I'm sorry.
 8               Q     I'm sorry.
 9               So at the conclusion of the IA
10          investigation, there's a case file.  Outside of
11          what you had previously said you had included in
12          that case file, is that case file comprised solely
13          of documents and information that had been
14          collected by Major Reinhart?
15               A     Pretty much, yes.
16               Q     When you say "pretty much," can you
17          think of anything else that would have been in
18          there that Major Reinhart would not have collected?
19               A     Yes.  Letters from the City Manager,
20          City Attorney, defense attorneys.
21               Q     So you said you had read interview
22          transcripts between Major Reinhart and Regan
```

```
                                              Page 49

 1         Miller --

 2                 A      Yes.

 3                 Q      -- relating to this IA, correct?

 4                 A      Yes.

 5                 Q      So you knew that Miller's defense was

 6         that he ran the searches for someone else, correct?

 7                        MS. BARDOT:  Object to form.

 8                        THE WITNESS:  His defense wasn't

 9         that.

10         BY MR. SMITH:

11                 Q      What was his defense?

12                 A      He never ran them.

13                 Q      Didn't you just testify that he had

14         said he ran them for a task force member?

15                 A      Five months later, yes.

16                 Q      When you say "five months later,"

17         when did he --

18                 A      According to what I read on the

19         notes, he, five months later, contacted

20         Major Reinhart and said that he did it for a task

21         force officer.  He could not provide the name of

22         the officer that introduced him to the task force
```

1          officer, didn't know who the task force officer

2          was, what's his name, what jurisdiction he worked

3          for.  The only thing that he could say was taken

4          off a dead guy's phone.

5                       He remembers vivid accounts, having

6          the task force officer standing behind him.  He

7          asked him to leave his office so he could change

8          and upgrade his password, that he had a fail, to

9          the point that he says he provided whatever

10         information and then he went to a call.  But could

11         not provide us any details of who it was or the

12         reason to do it.

13                      And according to him, he would have

14         never ran homicide for anybody, nobody else, unless

15         it was a homicide that occurred in our

16         jurisdiction.  So he doesn't know why that's

17         showing up on the LInX search.

18              Q    When you said that was five months

19         later, would that have been --

20              A    I believe it was like three -- maybe

21         four to five months.  There was a gap there between

22         the time that he originally interviewed Regan

Page 51

1          Miller, then Regan Miller asked him to give him a

2          call and was providing additional information to

3          justify why he ran the homicide searches.

4                  Q      Is it fair to say that that

5          information that you just described, relating to

6          the task force member, Regan Miller said that prior

7          to the conclusion of the IA?

8                  A      Say that again.  I'm sorry.

9                  Q      So that -- the statements that you

10         just referenced that were made by Regan Miller --

11                 A      Uh-huh.

12                 Q      -- those were made prior to the

13         conclusion of the IA, correct?

14                        And the conclusion of the IA would

15         have been October 15th of 2019.

16                 A      I believe so.  I'm not 100 percent on

17         the date.  I'd have to look at the IA file to give

18         you exact dates.

19                 Q      At any point, do you recall seeing

20         any documents in the IA file which suggested that

21         there were investigations whereby other officers at

22         Manassas Park were asked about any involvement they

Page 52

1          may have had with the Victoria Foster searches?

2                    A      Say that again.

3                    Q      Do you recall anything, any

4          documents, information, within the IA case file

5          which suggests that there had been any

6          investigation into whether or not members of the

7          Manassas Park Police Department had run the

8          Victoria Foster searches?

9                    A      You're talking about the LInX

10         searches?

11                   Q      Correct.

12                   A      There was a request to run to see who

13         else ran Vicki Foster.  And I think that what

14         showed up was that Frank Winston did a query for

15         Major Reinhart to see who else had ran Vicki Foster

16         in the agency.  So that was in there.

17                   Q      Do you recall anything in there where

18         anyone went to other Manassas Park Police officers

19         and specifically asked, "Did you ask Regan Miller

20         to run these searches"?

21                   A      I can't recall if there is or not.  I

22         don't remember.

Page 53

```
 1              Q     You ultimately decided to terminate
 2       Regan Miller's employment, correct?
 3              A     Yes.
 4              Q     So when it gets to that point, is
 5       that your decision alone to terminate him?
 6              A     Yes.
 7              Q     Why did you decide at that point that
 8       termination was the appropriate form of discipline?
 9              A     Because Regan Miller did not provide
10       us a reason why he ran these queries and failed to
11       provide information to a sergeant in an
12       investigation where these people could have been
13       arrested for stealing firearms and a vehicle.
14              Q     And the firearms again refers to that
15       property crime --
16              A     Yes.
17              Q     -- we discussed earlier?
18              A     Uh-huh.
19              Q     Did you ever personally speak with
20       Officer Bussell about that allegation?
21              A     What allegation?
22              Q     Related to the allegations of the
```

```
                                                    Page 54
 1        property crime, the improper investigation.

 2              A     Well, it's not an allegation.  I

 3        think that's an actual crime that happened.  But,

 4        no, I did not interview Officer Bussell, no.

 5              Q     Do you recall if in the IA case there

 6        was an interview that was conducted with

 7        Officer Bussell?

 8              A     Yes, there was.

 9              Q     Do you recall when that took place?

10              A     I don't know the date, sir.

11              MR. SMITH:  Mark this as Exhibit 32.

12              (Lugo Deposition Exhibit Number 32 marked

13                 for identification.)

14        BY MR. SMITH:

15              Q     Do you recognize this as the notice

16        of termination that you gave to Regan Miller on

17        August 15th, 2019?

18              A     This is not a notice of -- this is a

19        notice that we requested -- the outcome is going to

20        be termination, but this is just giving him notice,

21        yes.

22              Q     I'm sorry.  Could you explain that?
```

```
 1                    So this isn't terminating him for --
 2          A     This is a notice of charges, and the
 3     recommendation is termination.
 4          Q     Who are you recommending termination
 5     to?
 6          A     Regan Miller.
 7          Q     I'm sorry.  You're recommending to
 8     Regan Miller that --
 9          A     I'm letting him know the notice of
10     charges, which he violated, and the recommendation
11     is termination, that he -- that I'm imposing.
12          Q     That he -- I'm sorry.  Say that
13     again.
14          A     That I am imposing his termination.
15     And he has an opportunity in writing to provide
16     details of anything in writing to charges to appeal
17     this.
18          Q     And that appeal, you're saying, it
19     gives him the opportunity to present to you, who's
20     made this fact-finding of a termination, of the
21     opportunity to provide him with -- provide you, I'm
22     sorry, with additional evidence?
```

Page 67

1          that conclude the IA investigation?

2                    A      No, because we have to wait the five

3          days.

4                    Q      During those five days, are you

5          actively continuing to investigate?

6                    A      Unless he -- if Major Reinhart still

7          has to follow up on certain things, yes; if not,

8          no.

9                    Q      Do you recall if there were any open

10         items that required continued investigation for

11         those five days?

12                   A      Don't recall.

13                   Q      Did you feel like this was a pretty

14         open-and-shut matter?

15                   A      No.  I'm waiting for the five days.

16         It's not an open-and-shut matter.

17                   Q      As of October 15th, 2019, had you

18         been approached by Major Reinhart about filing

19         criminal charges against Regan Miller?

20                   A      I'm not sure on the date, but there

21         was talks with the City Attorney to present this

22         case to the Commonwealth Attorney's Office, which I

Page 68

1      believe he did.

2            Q      And, I'm sorry, did you say it was

3      around this date?

4            A      I'm not sure on the date.

5            Q      Do you have to authorize your

6      subordinates to file criminal charges?

7            A      I don't believe so, no.  If it's a

8      criminal matter, we present it to the Commonwealth

9      after we confer with our attorney.

10            Q      So do you have to take that to your

11      attorney first before then presenting it to the

12      CA's office?

13            A      I'm not sure there's anything in

14      writing, but, yes, I will take it to my attorney

15      first just to get his view on it.

16            Q      And not revealing any information,

17      but do you recall having a conversation with the

18      City Attorney about filing criminal charges against

19      Regan Miller?

20            A      I don't remember, sir.

21            Q      Okay.  So there was some type of

22      criminal investigation that took place within your

Page 71

1    matters.  He --

2              Q     I'm sorry.  Just generally.

3              A     Lieutenant Dorr was investigating the

4    criminal matters that were, I guess, founded by

5    Major Reinhart during the IA.

6              Q     Understood.

7                    But, again, I'm asking just generally

8    is that permitted?

9                    Are you allowed to have the same

10   person who is conducting an Internal Affairs

11   investigation also conduct a criminal investigation

12   at the same time?

13             A     But he didn't conduct the criminal

14   investigation.  It was located by him, but he

15   provided the information to Lieutenant Dorr.

16             Q     With all due respect, I'm just,

17   again, asking generally.  Just generally, if you

18   have -- are you permitted as the chief to assign

19   somebody as an investigator to an Internal Affairs

20   investigation and to also have them conduct a

21   criminal investigation into that same matter?

22             A     Would I have the same person, you're

```
                                              Page 74

 1              Q     So as the police chief, you would not

 2       have authorized someone to serve as an IA

 3       investigator and to investigate a criminal matter

 4       at the same time?

 5              A     No, I would not.  It would not be

 6       good practice, no.

 7              Q     Okay.  Now, going back to this

 8       October 15th letter, you also referenced Regan

 9       Miller's past disciplinary history, dated March 6,

10       2019 and August 2nd, 2019, as support for your

11       decision to terminate, correct?

12              A     Yeah.  I took into account past

13       disciplinary actions, yes.

14              Q     So that factored into your decision

15       to terminate him?

16              A     No.  I looked into this, too.  I

17       listed them on there.  I took those into account,

18       too.  And some are the same violations.

19              Q     Okay.  When you say you took that

20       into account --

21              A     Yes.

22              Q     -- you're referencing that you took
```

Page 75

1      that into account when you decided to terminate

2      him?

3            A      Yeah.   I reviewed the additional

4      violations that he keeps violating, yes.

5            Q      So you're saying it's a similar

6      pattern?

7            A      Yes.

8            Q      Did you have any communications or

9      did you speak with either the Manassas Park mayor

10     or Laszlo Palko prior to submitting this

11     October 15th, 2019 notice?

12                 And I'm referencing anything that's

13     related to the Regan Miller termination.

14           A      Did I talk to the mayor or Mr. Palko?

15           Q      Correct.

16           A      No.

17           Q      Prior to October 15th, 2019, did you

18     ever notify Laszlo Palko of Miller's LInX searches?

19           A      No.

20           Q      Do you have any reason to believe

21     that he would have known about them prior to

22     October 15th, 2019?

```
                                                    Page 80

 1          past though, correct?

 2                  A      Run-ins?

 3                  Q      Yes.

 4                  A      No.

 5                  Q      You didn't have any issues related to

 6          inauguration badges in 2016?

 7                  A      No, I did not, sir.

 8                  Q      As chief, you only want officers

 9          working for you who are loyal to you, correct?

10                  A      Loyal to me?

11                  Q      Correct.

12                  A      No.  Loyal to the community.

13                  Q      Do you have a problem if any of your

14          officers question any of the actions that you take

15          as chief?

16                  A      No.

17                  Q      What was your personal involvement in

18          Manassas Park's filing of criminal charges against

19          Regan Miller?

20                  A      What was my role in it?

21                  Q      What -- what did you -- what personal

22          actions did you take?
```

```
                                            Page 81
    1              A      Personally?  None.

    2              Q      None.

    3                     At any time, did you encourage

    4      Major Reinhart, or any of the other officers, to

    5      seek the criminal charges with the Prince William

    6      County CA's office?

    7              A      No.

    8              Q      Are you aware that the Prince William

    9      County Commonwealth Attorney's Office declined

   10      Manassas Park's request to prosecute Regan Miller?

   11              A      Yeah.  The initial, yes.

   12              Q      Do you know when that took place?

   13              A      I do not.

   14              Q      What information did you have about

   15      that?

   16              A      That they declined it.

   17              Q      Did they only decline it one time?

   18              A      That I'm aware of, yes.

   19              Q      Did you instruct any of your officers

   20      to continue to try to seek criminal charges against

   21      Regan Miller?

   22              A      No, sir.
```

Page 82

1          Q      So if they were declined, what

2     information are you aware of that would have then

3     changed the CA office's mind about bringing

4     criminal charges against Regan Miller?

5                 MS. BARDOT:  It calls for speculation

6     as to what changed their mind.

7                 But you can answer subject to that.

8                 THE WITNESS:  Based on the

9     investigation, the additional violations of

10    homicide searches.

11    BY MR. SMITH:

12          Q      And which ones are you referring to?

13          A      The one that happened in Panama City,

14    Panama, and the one that happened in Prince William

15    County, Bristol, Virginia.

16          Q      And is that Dwayne Skiles?

17          A      Yeah, Dwayne Skiles, and Mr. Rams

18    that killed his 15-month-old son, yes.

19          Q      And Dwayne Skiles was a resident of

20    Manassas Park, correct?

21          A      I'm not aware if he was a resident.

22    I think we had -- he might have been stopped and

Page 83

1       given a ticket in Manassas Park once before.

2            Q      Did you ever personally speak with

3       Carl Dorr about filing the criminal charges against

4       Regan Miller?

5            A      No, sir.

6            Q      When were you first made aware that

7       Carl Dorr was filing those criminal charges?

8            A      I'm not sure if Mr. Crowhurst or

9       Major Reinhart told me.

10           Q      Do you recall if that was close in

11      proximity to the time that Carl Dorr actually filed

12      those charges?

13           A      I don't know the date that he

14      actually filed the charges.

15           Q      Did you review anything, any of the

16      investigation documents that Carl Dorr prepared,

17      prior to filing the criminal charge?

18           A      No, sir.

19           Q      Were you aware that Major Reinhart

20      provided the documentation to Carl Dorr for him to

21      file the criminal charges?

22           A      I'm not sure what he provided him.

Page 84

1           MR. SMITH:  Let's mark this as

2      Exhibit 33.

3           (Lugo Deposition Exhibit Number 33 marked

4           for identification.)

5      BY MR. SMITH:

6           Q    Do you recall receiving this e-mail

7      from Carl Dorr on June 24th, 2020?

8           A    No, sir.

9           Q    If you would just take a minute to

10     look it over.

11          A    It looks like it was forwarded to me,

12     but I don't remember reading it, sir.

13          Q    So this is an e-mail that is -- was

14     initially from Scott Hook -- and Scott Hook was the

15     special prosecutor that was assigned to the Regan

16     Miller case, correct?

17          A    Yes.

18          Q    -- to Carl Dorr.  And within this

19     e-mail Mr. Hook mentions exculpatory evidence.

20               So as of June 24th, 2020, is it fair

21     to say that you were aware of the possibility that

22     exculpatory evidence existed?

```
                                          Page 85
  1              A      Yes.

  2              Q      At that time, did you order

  3     Major Reinhart, or anyone else, to investigate the

  4     possibility of exculpatory evidence?

  5              A      I had him follow-up.

  6              Q      When you say you had him follow-up,

  7     are you --

  8              A      Major Reinhart, we spoke about it,

  9     and he was already working on talking to the

 10     special prosecutor and talking to Prince William

 11     County to get that information, yes.

 12              Q      Why didn't you have Carl Dorr do

 13     that?

 14              A      Because it's related to the Internal

 15     Affairs investigation and Major Reinhart already

 16     talked to the Prince William County Professional

 17     Standards Division before, so it was easier to

 18     allow him to look into it.

 19              Q      Do you recall any thoughts that you

 20     had when you read through this e-mail or otherwise

 21     learned that there was possibly exculpatory

 22     evidence out there?
```

Page 86

1              A      Yeah.   I wanted to get down to the

2       truth of what happened, so yes.

3              Q      Did you feel bad at all that criminal

4       charges could have been brought against Regan

5       Miller when exculpatory evidence existed?

6                        MS. BARDOT:   Object to form.

7                        You can answer.

8                        THE WITNESS:   I'm not sure why I

9       would feel bad when this was not brought to my

10      attention by Regan Miller, but obviously I don't

11      want somebody arrested that didn't commit a crime.

12                        MR. SMITH:   This is Exhibit 34.

13                    (Lugo Deposition Exhibit Number 34 marked

14                        for identification.)

15      BY MR. SMITH:

16             Q      And can you explain to me, are you

17      familiar with a CAD report?

18             A      Yes.

19             Q      And that's C-A-D.

20                        What is a CAD report?

21             A      It's -- I forgot what it means.   I

22      can't tell you what it means.   It's just a

Page 105

1                    MS. BARDOT:  Object to form.

2                    THE WITNESS:  What do you mean by

3        expectations?

4        BY MR. SMITH:

5              Q     Did you think he was going to come

6        back and continue to be employed as a lieutenant

7        with Manassas Park Police Department?

8                    MS. BARDOT:  Object to form.

9                    THE WITNESS:  At the time, yes.

10       BY MR. SMITH:

11             Q     And when you say "at the time," do

12       you mean as of July 15, 2020?

13             A     Yeah.

14             Q     So as of this date, was there

15       anything outstanding with any further discipline of

16       Regan Miller?

17             A     We still had the other issue with the

18       property crime.  And I believe the additional LInX

19       searches for homicide.

20             Q     You're talking about the ones that

21       dated --

22             A     The Skiles and Rams homicide queries.

Page 106

1           Q      Do you recall if those searches were

2      included in the notice from the IA -- the original

3      IA investigation from August 12th, 2019?

4           A      Were they included?

5           Q      Were they also referenced?

6           A      They weren't part of the original IA.

7      Those were discovered after additional searches

8      were requested.

9           Q      So when that happens, do you have to

10     go back and amend -- you have to give notice of all

11     charges, correct?

12          A      Yes.  It was the same charge, so we

13     didn't provide additional notice.  It's the same

14     violation.

15          Q      So no additional notice would have

16     been necessary for you to discipline him for the

17     2012 searches?

18          A      So no additional what?

19          Q      No additional notice would have been

20     necessary?

21          A      No.  We were still looking into them.

22          Q      Have you since learned that Regan

Page 107

1      Miller did, in fact, conduct those 2012 searches in

2      relation to work that he did for the FBI task

3      force?

4           A      I have not received any information

5      that that's the case.

6           Q      Did you ever check with anybody at

7      the FBI about that?

8           A      No, but I checked with the -- or I

9      didn't check, but they looked at Prince William

10     County who worked the homicide for the Rams's case,

11     if an outside agency, Manassas Park, TFOs, or

12     anybody, was involved in that investigation, and

13     they said no.

14              The one in Panama City, Panama, we

15     did not follow up on that one.  That's my

16     understanding.

17          Q      And who specifically was the one that

18     was following up on that?

19          A      Major Reinhart.

20          Q      This gentleman, his last name is

21     Rams, are you familiar with his case?

22          A      No, sir.

Page 108

```
 1            Q    So you weren't familiar that he was
 2       implicated as a serial killer?
 3                 MS. BARDOT:  Objection to form.  And
 4       also interjects information -- facts into evidence
 5       which are not established.
 6                 But you can answer.
 7                 THE WITNESS:  I don't know anything
 8       about the case, sir.
 9       BY MR. SMITH:
10            Q    So you had authored the -- we'll call
11       it the termination notice.  I think you had called
12       it the notification of charges, that October 15th
13       letter.
14                 Why was it that the City Manager was
15       the author of the reinstatement letter?
16            A    Because he was the -- he appealed it.
17       He was in the appeal process still.  He was not
18       terminated.
19            Q    So you're familiar at this time, as
20       of July 15, 2020, that the grievance was still
21       outstanding?
22            A    Yes.
```

Page 109

1          Q      Did you participate in drafting any

2      part of this letter, which is attached, the

3      administrative investigation and termination letter

4      from the City?

5          A      No, sir.

6          Q      Did you speak with Laszlo Palko about

7      the substance of this letter prior to forwarding it

8      to or e-mailing it to Regan Miller?

9          A      No, sir.

10         Q      So in this letter, the City says it's

11     reinstating Miller, but it says that it will be

12     sending back for disciplinary action anything

13     related to Allegation 1.

14                Is it your understanding that

15     Allegation 1 is only related to the property crime

16     case?

17         A      Yes.

18         Q      This letter also says that although

19     Regan Miller is being reinstated, he was not going

20     to be returning to his post as a lieutenant, rather

21     he was going to be -- I think they call it a

22     security -- a security command for City Hall -- I'm

Page 110

1       sorry, security detail for City Hall.

2                   MS. BARDOT:  I object.  I mean, you

3       have totally mischaracterized what this says.  I

4       mean, if you want to read it, that's fine, but it

5       does not say that he's not being returned to his

6       post as a lieutenant or anything along those lines.

7       BY MR. SMITH:

8           Q    Well, they say operationally he'll

9       still be under the command -- I'm sorry.  That

10      he'll administratively be part of the police

11      department.  Operationally, he's under the command

12      of the Office of City Manager and assigned to City

13      Hall for security detail.

14                  So does that mean that at that

15      point -- what is operationally under the command of

16      the Office of City Manager?  What does that mean?

17          A    That he's going to be assigned to

18      City Hall under the City Manager.

19          Q    So at that point, what oversight does

20      the Manassas Park Police Department have over Regan

21      Miller?

22          A    The same.

Page 111

1          Q     Whose idea was it to have him

2     assigned to security detail at City Hall?

3          A     If this was written by the City

4     Manager, I believe that would be him.

5          Q     You didn't have any input into that?

6          A     No.  He requested that he go over

7     there for the security detail we were paying

8     overtime for.

9          Q     I'm sorry, who requested that?

10          A     The City Manager, because we were

11     paying officers to work the City Hall detail.

12          Q     So you were paying officers to go

13     into work at City Hall and they were getting time

14     and a half?

15          A     The ones that were working on -- on

16     their off days, yes.

17          Q     Was Regan Miller going to get time

18     and a half?

19          A     No, because that was going to be his

20     schedule Monday through Friday, is my

21     understanding.

22          Q     What are the duties of a security

Page 112

1      officer assigned to City Hall?

2              A      At the time, they were just being

3      there as a presence.  That's it.

4              Q      Just a presence?

5              A      Yeah.

6              Q      How does that compare to the duties

7      that are performed by a lieutenant at Manassas

8      Park?

9              A      It's part of it.  It could be the

10     same.  He still has legal authority.  He can make

11     arrests, anything he observes.  He can take calls

12     while he's there.

13             Q      When you say "he can take calls,"

14     you're saying that he could be responding to calls

15     for service?

16             A      No, calls at City Hall.  If something

17     was to happen there, he's there, he could take care

18     of it.

19             Q      But only within the purview of City

20     Hall, correct?

21             A      Not necessarily.  I think if we

22     needed him, we could have pulled him.

```
                                              Page 143

 1              Q      Okay.  And by that time that this all

 2       came to light, Regan Miller had already resigned,

 3       correct?

 4              A      I don't know the dates exactly.

 5              Q      Okay.  Well, we'll leave it at that.

 6                     You would rely on what the documents

 7       show as far as dates?

 8              A      Yes.

 9              Q      Look at Exhibit 31 for me.  And also

10       pull out, if you would, Exhibit Number 27.  And

11       turn to page 11 -- I'm sorry, page 5.

12                     On Exhibit 31, on August 29, 2019,

13       you relieved Regan Miller from duty immediately

14       with pay, correct?

15              A      Yes.

16              Q      And you had the authority to do that

17       under General Order 109, correct?

18              A      Yes.

19              Q      And you were asked under which

20       categories under 3(C) you relied upon.

21                     Do you remember that testimony?

22              A      Yes.
```

Page 144

1              Q      You would agree that those categories

2       are not the exclusive categories for which you can

3       issue an immediate suspension, correct?

4              A      Yes, sir.

5              Q      Because, in fact, the general order

6       says it's these categories, but you're not limited

7       to those, correct?

8              A      Yes.

9              Q      And what was your concern about

10      keeping Regan Miller on during the investigation

11      that led you to go ahead and suspend him

12      immediately with pay?

13             A      Truthfulness.

14             Q      Okay.  And that's a big deal for law

15      enforcement, is it not?

16             A      Yes.

17             Q      I mean, if you don't have a truthful

18      law enforcement officer, you've got a disaster.

19                    Would you agree?

20             A      Yes.

21             Q      Okay.

22                    All right.  Now, when -- when you all

Page 146

```
1        you would look at that.  This is a document that
2        Frank Winston found and sent to you on March 26,
3        2021, correct?
4               A    Yes.
5               Q    And is it your understanding that --
6        well, looking at this document, would you agree it
7        doesn't say Vicki Foster?
8               A    It does not.
9               Q    It doesn't have her phone number?
10              A    If does not.
11              Q    It doesn't say homicide?
12              A    No, it does not.
13              Q    And from the face of this document,
14       one cannot even tell if this is related to the
15       Vicki Foster matter, correct?
16              A    Correct.
17              Q    All right.  And is it your
18       understanding that around this date, March of 2021,
19       instruction was given to Winston and other officers
20       to go ahead and check their e-mails for the date of
21       March 29, 2019?
22              A    Yes.
```

Page 147

1          Q      And that's what Winston testified, is

2     that that -- at that time, he was asked to also

3     search this date, correct?

4          A      Yes.

5          Q      And then he pulled this as a result,

6     correct?

7          A      Yes.

8          Q      And when he pulled it, he immediately

9     forwarded it to you.  Do you recall him saying

10    that?

11         A      Yes.

12         Q      Okay.  And that is the first that you

13    were aware of that document, correct?

14         A      Yes, ma'am.

15         Q      And it's your understanding that's

16    the first that Winston was aware of that document

17    or had a recollection of it?

18                MR. SMITH:  Objection to form.

19    BY MS. BARDOT:

20         Q      Is that correct?

21         A      Yes.

22         Q      Okay.  Look at Exhibit 37, and the