

Deposition of:
## Captain Frank Winston

*October 27, 2021*

In the Matter of:

## Miller, Regan v. City of Manassas Park, et al

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com  |

Page 1

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
2                   ALEXANDRIA DIVISION
3      ---------------------------
       REGAN MILLER,                    :
4                                       :
            Plaintiff,                  :
5                                       :   Case Number:
       vs.                             :
6                                       :   1:21-cv-00456
       CITY OF MANASSAS PARK,           :
7      et al.,                          :
                                        :
8           Defendants.                 :
       ---------------------------
9
10          DEPOSITION OF CAPTAIN FRANK WINSTON
11     DATE:          October 27, 2021
12     TIME:          10:00 a.m. to 3:17 p.m.
13     LOCATION:      Berenzweig Leonard
                      8300 Greensboro Drive
14                    Suite 1250
                      McLean, Virginia 22102
15
16     REPORTED BY:  Felicia A. Newland, CSR
17
18
19
20
                      Veritext Legal Solutions
21              1250 Eye Street, N.W., Suite 350
                      Washington, D.C. 20005
22

```
                                              Page 11
 1                        Was it an Internal Affairs
 2          investigation?
 3                 A     It was.
 4                 Q     And what was the -- I guess the
 5          underlying issues of that -- or the allegation?
 6                 A     A female from a call that I ran
 7          claimed that she was raped and made this claim
 8          inside the jail.
 9                 Q     So she was a -- she was an inmate or
10          she was someone who'd been locked up?
11                 A     She had been apprehended and taken to
12          the jail.  And at the jail, she made that claim.
13                 Q     And this was fully investigated?
14                 A     By an outside agency, yes.
15                 Q     Who was that outside agency?
16                 A     St. Mary's County.
17                 Q     While at Manassas Park, have you ever
18          been subject to any type of administrative
19          investigation?
20                 A     No, sir.
21                 Q     So just generally, what are the
22          typical law enforcement duties that are required of
```

1          a captain at Manassas Park?

2                    A      Sir, there's a ton of things.  I am

3          in charge, like I said, of a patrol division.  I

4          oversee RMS reports, speed cameras, school bus

5          cameras.  There's a litany of things.

6                    Q      Did you say RMS reports?

7                    A      Correct.

8                    Q      What does RMS stand for?

9                    A      Our reporting system.

10                   Q      When you say "our reporting system,"

11         what does that mean?  That's Manassas Park's

12         reporting system?

13                   A      Correct.

14                   Q      Is that an internal reporting system?

15                   A      Yes.

16                   Q      What types of things are included in

17         that RMS system?

18                   A      Suspects' names, victims' names, the

19         offense that they committed, the narratives.  They

20         can add pictures or documents by attaching them via

21         PDF or JPEG.  Supervisors are able to approve and

22         route reports, send back corrections to officers if

1          they need to.

2                  Q     Would things like incident reports be

3          uploaded to that system?

4                  A     That's what the RMS system is,

5          incident reports.

6                  Q     So it's essentially an internal

7          logging system for anything that comes through the

8          police station?

9                  A     Yeah.  Each jurisdiction has a

10         reporting system.

11                 Q     Do you have access to neighboring

12         jurisdiction's, their RMS system?

13                 A     No, sir.

14                 Q     So it's all in-house?

15                 A     Correct.

16                 Q     And what's your role with that again?

17                 A     With the RMS system?

18                 Q     Yes.

19                 A     I mean, I have -- I don't have full

20         access to the entire system.  I guess I have most

21         access because of -- I run our -- or I oversee our

22         property and evidence section as well, so I have

```
 1          lieutenants?

 2                  A     The entire patrol division.

 3                  Q     How many officers, approximately, is

 4          that?

 5                  A     22.  20, 22.

 6                  Q     So on average, presently, how many

 7          active cases are you working on at any given time?

 8                  A     Me, none.

 9                  Q     None.

10                        And when were you promoted to

11          captain?

12                  A     When?

13                  Q     Yes.

14                  A     2019.

15                  Q     Do you recall when in 2019?  Was it

16          early?  The middle?  Late 2019?

17                  A     I believe it was early 2019.

18                  Q     So in your current role you directly

19          report to Major Reinhart?

20                  A     Yes, sir.

21                  Q     And that's Trevor Reinhart?

22                  A     Yes.
```

```
 1              A      No.  Typically I think you would

 2      have -- well, typically you would have two

 3      administrators per system.

 4              Q      And when did you become an

 5      administrator for LInX?

 6              A      Early 2019.

 7              Q      Is it fair to say about the time that

 8      you were promoted to captain, this happened in

 9      close succession?

10              A      Yes, I think that's fair to say.

11              Q      So what are your duties as an

12      administrator?

13              A      I'm able to provide access.  I'm able

14      to restrict or take away access.  You can -- I can

15      run reports regarding access usage.  Every year an

16      audit has to be conducted per LInX, and the format

17      that they -- they provide you the format of what

18      needs to be done.  Because of the size of our

19      agency, every member that has access to LInX has an

20      audit conducted on them.

21              Q      So you know as an administrator how

22      to conduct an audit?
```

```
                                                  Page 30
 1              A     Yes, sir.  They provide you an
 2       instruction sheet and it's laid out the way that
 3       they want it.
 4              Q     And what are you looking for?
 5                    Is there anything specific that you
 6       look for when you are going through an audit?
 7                    Is there anything that you have to
 8       make a report of?
 9                    What's the purpose of it?
10                    MS. BARDOT:  Object to form.
11                    You can answer one or all of those
12       questions.
13                    THE WITNESS:  Okay.  Can you --
14       BY MR. SMITH:
15              Q     What's the purpose of the audit?
16              A     To make sure that there's no misuse
17       of the system per the rules of LInX.
18              Q     And are you in charge of identifying
19       if there has been misuse or are you simply running
20       the audit report and giving it to somebody else?
21              A     No, the audit report stays with me.
22              Q     Right.
```

```
                                              Page 31
 1                    But I -- I guess what I'm asking, if
 2        you see something that is unusual, are you in
 3        charge of flagging that or do you simply just pull
 4        the audit report and give it to somebody else to
 5        review?
 6                    A    No, I review the audit.  If there is
 7        a possibility of misuse, I notify the major.
 8                    Q    And that's Trevor Reinhart?
 9                    A    Yes, sir.
10                    Q    And those are yearly audits that you
11        run?
12                    A    Correct.
13                    Q    Do you run them at or around the same
14        time every year?
15                    A    They require them at the same time,
16        yes.
17                    Q    When are they required?
18                    A    It's between October and December.
19        There's a date and time that it needs to be done.
20                    Q    Later in the -- later in the year?
21                    A    Yes, sir.  I'm sorry.
22                    Q    I'm fine with a head nod, but she
```

```
 1        can't --
 2                A      I know, she can't transcribe a head
 3        nod.  Nods head.
 4                Q      So are administrators the only people
 5        who can conduct the audits for Manassas Park?
 6                A      For Manassas Park, for our agency, I
 7        guess as employees, yes, I am the only person, but
 8        the overseers of LInX that reside in Montgomery
 9        County could also do that.  I guess the -- I guess
10        we would call them the owners.
11                Q      So I think -- because I think I was
12        calling them administrators before, but I think the
13        proper name might be program managers.
14                       Does that sound right?
15                A      That sounds higher than an
16        administrator.
17                Q      That might be what I refer to them as
18        then.
19                       So as an administrator, are you able
20        to go in and view keystrokes, searches?
21                       What is kind of the depth that you
22        can look in?
```

```
                                                   Page 34
 1          online training so they can learn the user portion

 2          of it.  The same that you would do for the

 3          administrator stuff.

 4     BY MR. SMITH:

 5               Q     So do you have to -- I guess you

 6          would have to do the administrator training prior

 7          to becoming an administrator?

 8               A     Correct.

 9               Q     So you became an administrator in

10          early 2019.  At that point, you had the knowledge

11          to be able to run audits.  You knew how to do --

12          we'll stop there.

13                     You knew how to run audits?

14               A     I learned how to run them, but yes.

15               Q     And you generally knew how to

16          navigate LInX at that time when you became an

17          administrator?

18               A     Yes, I was a user prior to -- a user

19          of the system.

20               Q     Is everyone -- are all officers at

21          Manassas Park, do they have user access, too?

22               A     No, sir.
```

Page 50

```
 1          dispatched, they are dispatched audibly.  They also

 2          receive that on their mobile data terminal in their

 3          car.  They respond to that call.  If it warrants a

 4          report, they take a report, get the information,

 5          come back to the department, and the report gets

 6          entered into the RMS system.

 7     BY MR. SMITH:

 8               Q     Are officers who don't properly

 9     document subject to discipline?

10                    MS. BARDOT:  Object to form.

11                    You can answer.

12                    THE WITNESS:  Yes, if a report was

13     supposed to be documented.

14     BY MR. SMITH:

15               Q     Do you recall communicating with LInX

16     program managers on July 23rd of 2019 regarding the

17     possible misuse of LInX?

18               A     I had communications with Catherine

19     Miller, yes.

20               Q     And who is Catherine Miller?

21               A     LInX program manager.

22               Q     Was this misuse related to Regan
```

```
                                                      Page 51
 1          Miller?
 2                 A      Yes.
 3                 Q      Who alerted you to the possible
 4          misuse of information?
 5                 A      Major Reinhart.
 6                 Q      As of July 23rd, 2019, did
 7          Major Reinhart have access to the LInX system?
 8                 A      I can't -- I don't...
 9                 Q      But, again, that would be something
10          that would be documented within the LInX system
11          itself?
12                 A      Yes, sir.
13                 Q      So you were approached by
14          Major Reinhart.  What were your instructions
15          regarding this investigation?
16                 A      Again, I duplicated the searches that
17          were done, conducted an audit of what was ran on
18          that day in question.
19                 Q      So was documentation given to you?
20                 A      Sir, I don't want to assume.  I can
21          only venture to say yes, but I --
22                 Q      Do you recall if it was an e-mail?
```

                                                          Page 52

1                    MS. BARDOT:  Object to form.

2                    THE WITNESS:  Sir, I see you have

3        documents in front of you.  I don't know if those

4        are the documents that you're referring to.  If you

5        can provide something that would jog my memory,

6        but...

7        BY MR. SMITH:

8            Q    So do you recall any instruction that

9        you were given about this specific investigation?

10           A    I do remember him telling me in

11       regards to a name.

12           Q    And what was that name?

13           A    Vicki Foster.

14           Q    Were you given Regan Miller's name at

15       that time?  I'm sorry.  Strike that.

16                    Were you told that this investigation

17       was against Regan Miller?

18                    MS. BARDOT:  Object to form.

19                    You can answer.

20                    THE WITNESS:  Yes.

21       BY MR. SMITH:

22           Q    Now, as of July 23rd, 2019, you had

 1          been an administrator for several months.  You knew

 2          how to run an audit of the LInX system, correct?

 3                  A     Yes, I was comfortable with running

 4          an audit.

 5                  Q     Were you instructed to contact the

 6          LInX program managers about these searches?

 7                  A     I'm required -- if there's a report

 8          of possible misuse, we have to report that to them.

 9                  Q     Did you do any audit yourself prior

10          to contacting the LInX program managers?

11                  A     Yes.

12                  Q     Approximately when would you have

13          done that audit?

14                  A     I mean, prior to contacting them, I

15          don't know whether it was hours or days.

16                  Q     Specifically what were you looking

17          for as it relates to the LInX query that you made

18          to Catherine Miller in July of 2019?

19                  A     Can you repeat that?

20                  Q     What specifically were you looking

21          for when you contacted Catherine Miller in July of

22          2019?

Page 54

1                    MS. BARDOT:  Object to form.

2                    You can answer.

3                    THE WITNESS:  It was in regards to

4          the searches of Victoria Foster.

5     BY MR. SMITH:

6               Q     What did you view your role as?

7                    And, I guess, to give you a little

8          context, did you view this simply as you, as the

9          LInX administrator, who was supposed to pull the

10         information?

11              A     An information gatherer, sir.

12              Q     Did you view yourself as an

13         investigator?

14              A     I had no part of investigating any of

15         it.

16              Q     So was it your belief that you were

17         going to get this information and then hand it over

18         to somebody else?

19              A     Yes, sir.

20              Q     And who did you intend to hand this

21         over to?

22              A     To Major Reinhart.

```
                                            Page 60

 1               Q     Do you recall what you were

 2      specifically asking Catherine Miller and other LInX

 3      program managers to do for you?

 4               A     I provided her with Mr. Miller's name

 5      and his login and the date and time -- or the date

 6      and the name of Vicki Foster in regards to the

 7      queries that he ran.

 8               Q     And as an administrator, you would

 9      have been able to see this information, correct?

10                     MS. BARDOT:  Object to form.  What

11      information?

12      BY MR. SMITH:

13               Q     The information that you just had

14      alluded to, the Victoria Foster name --

15               A     Again --

16               Q     -- the Regan Miller searches.

17               A     -- yes, I would see the searches that

18      were done, but whether information -- how much

19      information was attained down to the in-depth

20      keystrokes, I would not see.  I would not know.

21               Q     So is that something that as an

22      administrator you can't see?
```

Page 61

1          A    I can't see -- I can see the searches
2     that they ran.  I can't see the results that they
3     got, how long they were in there, what they clicked
4     on.
5          Q    So Catherine Miller was in a position
6     to be able to tell you --
7          A    Catherine, Anna, and Bob would be
8     able to duplicate that.
9          Q    And they would be able to tell you,
10     "Here is what was returned from those search
11     queries"?
12          A    And how long, yes.
13          Q    And how long.
14          And you see that there is an
15     attachment that was -- I'm sorry.  Do you need a
16     minute?
17          A    No.  I just wanted to turn that off.
18     I didn't realize it was still on.
19          Q    And we agree that there's an
20     attachment to the 6:10 p.m. e-mail from Catherine
21     Miller?
22          A    Yes.  It appears that she provided us

```
                                                     Page 62
 1          the security audit log.
 2                   Q     And, again, I apologize that it's
 3          small, but this third page of this exhibit, is that
 4          the security audit log that Catherine Miller sent
 5          to you?
 6                   A     Yes, sir.
 7                         MS. BARDOT:  Hey, Drew, I'm going to
 8          take a break if that's okay.
 9                         MR. SMITH:  Sure.  How much time do
10          you need?
11                         MS. BARDOT:  About five minutes.
12                   (Recess from 11:08 a.m. to 11:19 a.m.)
13          BY MR. SMITH:
14                   Q     Okay.  Mr. Winston, do you still have
15          Exhibit 15 in front of you?
16                         And if you can just turn your
17          attention to that security audit log.
18                   A     Uh-huh.
19                   Q     So do you recognize this as the
20          searches that you were requesting Catherine Miller
21          to review for you?
22                   A     Yes, sir.
```

```
                                                    Page 63

 1               Q     Can I ask, under -- so under the

 2         column that says "Purpose Code," what does "C"

 3         stand for?

 4               A     Criminal investigation.

 5               Q     And what are the purpose codes?

 6                     Are they broad -- as broad as

 7         criminal, or what are some other examples of

 8         purpose codes?

 9               A     There's an employee code -- I say

10         employee code.  Employment code.  My apologies.

11                     There's an "F" as well for firearm

12         searches.

13               Q     So do you recall how far in advance

14         of this e-mail that you sent to Catherine Miller on

15         July 23rd, 2019, that you had the information about

16         Victoria Foster?

17               A     A day.  If a day.

18               Q     Is it fair to say July 22nd, 2019 or

19         July 23rd, 2019?

20               A     Yes, sir.

21               Q     So going back to the e-mail that

22         Catherine Miller sent to you on July 23rd at
```

Page 64

1          6:10 p.m., she says, "It appears that the user did

2          not get any results with the queries he ran."

3                        What does that mean?

4                        MS. BARDOT:  Object to form to the

5          extent you are asking him to interpret somebody

6          else's e-mail.  The document speaks for itself.

7                        But you can answer subject to those

8          objections.

9                        THE WITNESS:  She's responding

10         that -- that they had ran the queries several

11         different ways and it appeared that he didn't gain

12         any results.

13         BY MR. SMITH:

14                   Q    Looking at the security audit log

15         that's provided, do you agree with that?

16                        MS. BARDOT:  Object to form.

17                        THE WITNESS:  It appears under -- I

18         don't know which line this is.  It says "Status is

19         successful," as is password reset, that there was

20         information obtained.

21         BY MR. SMITH:

22                   Q    Related to a password reset?

Page 65

1           A     No.  Under -- under where it says

2      "Self-Service Password Reset, Status: Successful"

3      under description.  Below that there appears to be

4      information that was obtained.  So where, I

5      guess -- halfway down on the document, there's a

6      blank line.  Under that blank line, it says

7      "Status:  Successful."

8           Q     Correct, but that looks like the

9      audit code for that is "Self-Service Password Reset

10     Initiated."

11          A     Correct, under that.

12          Q     Okay.  Under that, I see in the --

13          A     The background free text search for

14     purpose code -- or justification for homicide, all

15     search analytical.

16          Q     I see that.  It appears in that

17     description that says "Neighborhood:  All

18     LInK\index free text 571-358-4809."

19          A     Correct.  There's no information for

20     that one, but underneath that, regarding the

21     Victoria Foster stuff.

22          Q     I'm sorry.  You are going to need to

 1          help me out with where you are seeing what -- where

 2          there were results that were --

 3                  A     Maybe I'm -- maybe I'm

 4          misunderstanding your request.  You're talking

 5          about --

 6                  Q     I'm sorry.  So my understanding of

 7          LInX is that you have -- you input information.  So

 8          for --

 9                  A     Search information.

10                  Q     Search information.

11                        For example, Victoria Foster.

12                  A     Correct.  That was the information

13          that was inserted all the way to the description.

14                  Q     And when you enter that, you can get

15          results that happen as a result of whatever it is

16          that you inputted into the system?

17                  A     Correct.  I would not -- what you're

18          seeing --

19                  Q     Yes.

20                  A     -- is what I would see as an

21          administrator.  As far as the key strokes and

22          results on the back end, I would not -- that's why

```
 1         I would have to contact the program administrators.
 2              Q     Okay.
 3              A     So as results listed here, this is --
 4         I'm referring to "results" as the results of what
 5         the queries that were ran.
 6                    As far as the information that was
 7         obtained from that, whether it was -- a report
 8         opened up, I -- I'm not -- I can't duplicate that.
 9         All I can duplicate is if I go back and actually
10         type in this phone number and hit search, I would
11         then get information because I searched that
12         number.  Other than in an audit log, the audit log
13         will not -- on my end will not show what was
14         returned to the user that ran that.
15              Q     So Catherine Miller would be able to
16         say if there were any results that were generated?
17              A     Correct.
18              Q     Okay.
19              A     My apologies.  My apologies, because
20         I didn't explain that clear enough.
21              Q     So are there situations where you
22         would input information into LInX and there would
```

```
                                                       Page 70

   1                   You can go ahead and answer.

   2                   THE WITNESS:  So we've had one

   3         homicide in our jurisdiction since 2013.

   4    BY MR. SMITH:

   5             Q     I'm sorry.  Could you explain that?

   6                   So you've only had one --

   7             A     There's only been one homicide since

   8         2013 in our -- in our jurisdiction.  So when this

   9         was ran with the justification code "homicide,"

  10         nobody would -- nobody in our department would have

  11         the reason to run a search for homicide based on

  12         "homicide."

  13             Q     But why would you ask if this user,

  14         presumably Regan Miller, was running a query for

  15         another person within the department?

  16             A     I didn't --

  17                   MS. BARDOT:  Object to form.

  18                   You can go ahead and answer.

  19                   THE WITNESS:  I didn't ask that.

  20    BY MR. SMITH:

  21             Q     So Catherine Miller -- well, strike

  22         that.
```

Page 71

1            So at this point, again, July 23rd,

2     2019, was -- the information that was included

3     within this sheet, was that all the information

4     that you were requested by Trevor Reinhart to

5     provide?

6            A     Yes.

7            Q     Do you recall if you forwarded this

8     to anybody?

9            A     It was provided to Major Reinhart.

10                 MR. SMITH:  We'll mark this as 16.

11                 (Winston Deposition Exhibit Number 16

12                  marked for identification.)

13    BY MR. SMITH:

14           Q     Do you recognize this as the e-mail

15    that you forwarded to Trevor Reinhart, which

16    included the LInX information that you got from

17    Catherine Miller on July 23rd, 2019?

18           A     Yes, sir.

19           Q     Who else did you send this to?

20           A     It appears Mario Lugo.

21           Q     Is there any reason why you would

22    have included Chief Lugo on this e-mail?

Page 72

1              A     Not that I recall.

2              Q     Were you instructed by anybody to

3         forward this to Chief Lugo?

4              A     Again, not that I remember, sir.

5                    MR. SMITH:  Let's go off the record

6         for just a second.

7                    (Discussion had off the record.)

8                    MR. SMITH:  We can go back on the

9         record.

10        BY MR. SMITH:

11             Q     Is there any particular reason why

12        you didn't include a message in the body of your

13        e-mail to Chief Lugo and Major Reinhart?

14             A     From this e-mail, sir, it appears

15        that I was just forwarding the attachment.

16             Q     What happened after you submitted the

17        LInX report to Major Reinhart and Chief Lugo?

18                   By that, I mean was there any

19        follow-up questions about this LInX report?

20                   MS. BARDOT:  Object to form.

21                   THE WITNESS:  I don't believe so,

22        sir.

Page 73

1          BY MR. SMITH:

2                  Q     So following submission of this LInX

3          report, what other tasks did you perform related to

4          the Regan Miller investigation?

5                          MS. BARDOT:   Object to form.

6                          But you can answer.

7                          THE WITNESS:   Again, sir, I was -- I

8          was an information gatherer in this.   I had nothing

9          involved in the investigative part of it, other

10         than, I guess, if you want to --

11         BY MR. SMITH:

12                 Q     So your understanding was that you

13         were -- you were just the LInX guy?

14                 A     Correct.

15                 Q     And as of July 23rd, 2019, were you

16         the only administrator?

17                 A     I don't believe so, sir.   I believe

18         Regan Miller was still a LInX administrator at that

19         point.

20                 Q     So at Manassas Park, when

21         investigating an Internal Affairs issue, is there

22         one specific officer that's named as the

```
                                               Page 74

 1         investigator?

 2                A     I don't conduct Internal Affairs

 3         investigations.

 4                Q     Were you ever specifically tasked

 5         with investigating the Internal Affairs

 6         investigation against Regan Miller?

 7                A     Repeat that one more time, please.

 8                Q     Were you ever tasked with

 9         investigating the Internal Affairs investigation

10         against Regan Miller?

11                A     This -- the LInX portion of this was

12         my only task.

13                Q     So it was your understanding after

14         that was done, you had completed your requirements?

15                A     Yes, sir.

16                Q     Do you recall if you ran any

17         additional searches for Victoria Foster?

18                      MS. BARDOT:  Are you talking in the

19         LInX system?

20         BY MR. SMITH:

21                Q     In LInX.

22                A     Other than what is on this paper?
```

Page 76

1          with you.  I don't know if it was before, during or

2          after, but it was sometime during this

3          investigation that I knew -- that I replicated

4          those searches.

5                    Q      And I'm just trying to figure out --

6                    A      I understand.

7                    Q      -- the sequence as well.

8                    A      We're talking 2019 here, so I'm

9          trying.

10                   Q      So you were tasked with getting

11         information related to Regan Miller's searches of

12         Victoria Foster in July of 2019, correct?

13                   A      Yes.

14                   Q      Based upon that request by Trevor

15         Reinhart, you contacted Catherine Miller, Anna

16         Berger --

17                   A      Bob.

18                   Q      -- Bob Moseley, I think --

19                   A      Moseley.

20                   Q      -- and said, "I need information

21         about Regan Miller's searches of Victoria Foster"?

22                   A      I'm sure I provided the date, the

Page 77

1          time, and the description of those offenses that

2          you have on this -- under the description.

3                    Q     Understood.

4                          So you agree that Catherine Miller --

5          in the attachment, which is also page 4 of Exhibit

6          16, that was what you had requested concerning

7          Regan Miller's searches of Victoria Foster?

8                          MS. BARDOT:  Object to form.

9                          THE WITNESS:  Correct.

10         BY MR. SMITH:

11                   Q     And that is the only thing that Major

12         Reinhart had asked for you to pull?

13                   A     For this investigation, yes.

14                   Q     So I guess the only thing I'm trying

15         to figure out is, when you forwarded this to

16         Chief Lugo and Major Reinhart on July 23rd of 2019

17         at 7:41 p.m., that's all that you've been asked to

18         do as it relates to the Regan Miller investigation?

19                   A     I know within our RMS system I

20         searched the name that -- in certain ways that it's

21         listed here within our reporting system and nothing

22         was found, but as in regards to LInX, I -- yes,

```
                                              Page 88

 1              A      No, sir.

 2              Q      So you said before that your

 3      understanding of your role was to be the provider

 4      of information from LInX, correct?

 5              A      Correct.

 6              Q      So was your investigation into Regan

 7      Miller limited to just those LInX searches?

 8                     MS. BARDOT:  Object to form.

 9                     THE WITNESS:  No.  I mentioned about

10      searching her name through our RMS system.  So I

11      mean -- excuse me.

12      BY MR. SMITH:

13              Q      So besides searching LInX and the RMS

14      system, was there anything else that you did in

15      advancement of the Regan Miller investigation?

16              A      In advance?

17              Q      To advance, so --

18              A      Oh, to advance.  I don't believe so,

19      sir.

20              Q      Do you recall any -- receiving any

21      direction from anybody to do anything else as it

22      relates to investigations of the Regan Miller
```

Page 89

1      matter?

2              A     I don't think so.

3              Q     Did you ever communicate with any

4      other agencies about the Regan Miller

5      investigation?

6              A     I do believe I -- I contacted Prince

7      William County.

8              Q     Did someone instruct you to contact

9      Prince William County?

10             A     I believe it was Major Reinhart.

11             Q     And what were your instructions?

12             A     That their agency have any contact

13     with Vicki Foster, Victoria Foster.

14             Q     Do you have a specific recollection

15     of this or are you just assuming this is what

16     happened?

17             A     I'm -- I have a recollection of it.

18             Q     Was this something that was sent to

19     you by e-mail?  Something that was told to you

20     verbally?

21             A     It -- it may have been verbally.  I

22     don't -- I can't recall that.

Page 90

```
 1              Q      You can't recall that -- how it
 2         was --
 3              A      Correct.
 4              Q      -- communicated to you?
 5                     At this point were you named as an
 6         investigator into the Regan Miller Internal
 7         Affairs?
 8              A      No, sir.
 9              Q      Were you told to contact any other
10         jurisdictions?
11              A      Not that I'm aware of.
12              Q      Does the town of Dumfries have their
13         own police department?
14              A      They do.
15              Q      Did Major Reinhart give you any
16         indication as to why he wanted you to contact
17         Prince William County Police Department?
18              A      Not that I recall, sir.
19              Q      Who did you contact at Prince William
20         County Police Department?
21                     MS. BARDOT:  You're going to make
22         Officer Winston's head explode.
```

```
                                                          Page 92
     1                    A      As I can recall, sir.

     2                    Q      Do you ever question orders?

     3                           MS. BARDOT:  Object to form.

     4          Relevance.

     5                           You can answer.

     6                           THE WITNESS:  I'm sure I have, sir.

     7          BY MR. SMITH:

     8                    Q      Do you remember in this instance if

     9          you did?

    10                           MS. BARDOT:  Object to form.

    11                           THE WITNESS:  Not that I recall.

    12                           MR. SMITH:  Mark this as 18.

    13                       (Winston Deposition Exhibit Number 18

    14                         marked for identification.)

    15                           MR. SMITH:  If we can go off the

    16          record for just a moment.

    17                        (Discussion had off the record.)

    18          BY MR. SMITH:

    19                    Q      Okay.  Mr. Winston, do you recognize

    20          this document?

    21                    A      I do.

    22                    Q      And can you explain what it is?
```

Page 93

```
 1              A     It's an e-mail from -- it appears to

 2       be an e-mail from Neil Miller from Prince William

 3       County Police Department.

 4              Q     And who is Neil Miller?

 5              A     He's an employee of Prince William

 6       County Police Department.  Right there on the

 7       bottom it says his signature is Office of

 8       Professional Standards.

 9              Q     Is the Office of Professional

10       Standards the same as the Internal Affairs unit?

11              A     Yes, sir.

12              Q     Okay.  So the first line of this

13       e-mail says, "Per your request."

14                    What did you request from Prince

15       William County?

16              A     That if they had any contact with

17       Vicki or Victoria Foster.

18              Q     And did you ask them to search

19       anything in particular?

20              A     If they had any contact or cases

21       involving Victoria -- or, excuse me, Vicki or

22       Victoria Foster.
```

Page 94

1              Q      Did you give them any type of date

2        range?

3              A      Sir, I don't recall that.

4              Q      So in here it says, "Additionally,

5        the lead detective in our homicide case from

6        March 20 of 2019 did not recognize the name nor did

7        he request a task force member to obtain or search

8        any names or information."

9                    Were the searches conducted by Regan

10       Miller on March 20 of 2019?

11             A      In our case or in what I duplicated?

12             Q      The Regan Miller searches.

13             A      No.  They were March 29th, I believe.

14             Q      Why were you put in charge of

15       communicating with Prince William County?

16                   MS. BARDOT:  Object to form.  Calls

17       for speculation.

18                   You can answer.

19                   THE WITNESS:  Sir, I can't answer

20       that.

21       BY MR. SMITH:

22             Q      So in July of 2019, you were asked to

Page 97

1          Q     Why not?

2          A     I -- I -- why would I?  I don't -- I

3     mean I don't know how to answer that question for

4     you.

5          Q     Did anybody tell you not to call that

6     phone number?

7          A     Not that I can recall or I'm aware

8     of.

9               MR. SMITH:  So this might be a good

10    time to break for lunch.

11              MS. BARDOT:  Okay.

12          (Recess from 12:13 p.m. to 1:16 p.m.)

13              MR. SMITH:  I think we're ready to go

14    back on the record.

15    BY MR. SMITH:

16          Q     All right.  Mr. Winston, before the

17    break we were talking about an e-mail that you

18    received from Neil Miller from Prince William

19    County.  So that was Exhibit 18.

20          A     Exhibit 18.

21          Q     And do you recall forwarding that

22    e-mail to anybody else?

```
                                            Page 98
 1              A      Forwarding this?

 2              Q      Correct.

 3              A      There's a possibility that I could

 4         have, yes, sir.

 5              Q      Okay.

 6                     MR. SMITH:  So we'll mark this as 19.

 7                  (Winston Deposition Exhibit Number 19

 8                     marked for identification.)

 9         BY MR. SMITH:

10              Q      So this is an e-mail thread with the

11         e-mail from Neil Miller from September 12, 2019.

12              A      Uh-huh.

13              Q      And then you see that you forwarded

14         that on the same day, approximately two minutes

15         later, to Trevor Reinhart.

16                     Do you recall why you forwarded that

17         to Trevor Reinhart?

18              A      Again, sir, I'm sure he's the one

19         that asked me to make that contact and that

20         information was forwarded on to him.

21              Q      Do you remember receiving any

22         instruction from Major Reinhart about providing you
```

Page 135

1         junk folder?

2              A    Junk or trash, deleted file,

3         whatever.  I don't know what it's called.

4              Q    How often do you check your junk

5         folder?

6              A    Not very often.

7              Q    So if this went to your junk folder,

8         what are the odds that you would have followed up

9         with AT&T?

10                  MS. BARDOT:  Object to form.

11                  THE WITNESS:  If it went there, the

12        odds are probably not good.

13        BY MR. SMITH:

14             Q    If it was in your trash bin in your

15        e-mail, that means you would have deleted the

16        e-mail, correct?

17             A    Correct.

18             Q    Do you know if this was ever filed

19        anywhere?

20                  MS. BARDOT:  Object to form.

21                  THE WITNESS:  I cannot answer that.

22        BY MR. SMITH:

Page 136

1         Q      Do you recall filing this in any of

2    the systems?

3         A      No, sir.

4         Q      Do you recall if you found this

5    e-mail in response to a February 2021 FOIA request?

6         A      No.  I found this e-mail on Friday

7    March 26th, at approximately 3:15, because I

8    forwarded it -- actually, I -- probably later than

9    that, probably 3:20, because I forwarded it to

10   those two individuals when I found it.

11        Q      What prompted you to search for this

12   e-mail?

13        A      I specifically was asked, and I do

14   believe by Chief Lugo, to make sure that you have

15   nothing in regards to this date, the name.  And,

16   again, on a date search in my e-mail system from my

17   phone -- and I will admit driving home from work is

18   when I -- when I located it -- approximately at 495

19   and Van Dorn Street to be honest.

20        Q      I'm sorry.  So you were driving and

21   checking your e-mail?

22        A      I will admit that, absolutely, sir.

```
                                                 Page 137
  1              Q     I think we are all probably guilty of
  2        that.
  3                    Do you recall what search term you
  4        used --
  5              A     I --
  6              Q     -- in order to find it?
  7              A     I looked at the date of March --
  8        March 29th, with the year of 2019.  I didn't -- I
  9        literally physically scrolled back through all of
 10        that to that date and found that.
 11              Q     What else did you find that was
 12        generated on March 29th, 2019?
 13              A     In my deleted folder, nothing.  This
 14        was it.
 15              Q     What about your in-box?
 16              A     I would have to replicate that, but I
 17        don't -- nothing related to this litigation.
 18              Q     Did you forward any other e-mails in
 19        response to --
 20              A     In the entire litigation?  I'm sure.
 21        I mean, you produced some.
 22              Q     I'm sorry.
```

1             So on this -- on March 26, 2021, when

2        you were scrolling through your in-box, presumably

3        your outbox, your e-mail accounts.

4             A     I don't believe I did other than

5        this.

6             Q     So you think that this was the only

7        thing that you forwarded in response to

8        Chief Lugo's request?

9             A     I do believe, yes, sir.

10             Q     How did Chief Lugo request that

11        search?

12             A     I believe he walked into my office

13        and physically asked me.

14             Q     So he walked into your office and

15        asked for you to take a look at anything related to

16        March 29th, 2019?

17             A     Yes.  And I do believe that this was

18        involved -- or that his request was -- that what

19        prompted this request was information from

20        Mr. Miller's previous attorneys and our City

21        attorney.

22             Q     Okay.  But you recognize that this is

```
                                                    Page 139

  1          March 26th, 2021, correct?

  2                  A      Correct.

  3                  Q      Okay.

  4                  A      It may have come from you guys.  I

  5          mean...

  6                  Q      So you said Chief Lugo came to your

  7          office.  How soon after you leave -- so he makes

  8          this request and then you head out for the day.

  9                         And as you're driving, you decide to

 10          take a look through the e-mails?

 11                  A      So the Wilson Bridge is approximately

 12          a half hour between my house and home.  So 15, 20

 13          minutes after I have left the station.

 14                  Q      So as soon as you get in your car,

 15          you start scrolling through your e-mails?

 16                  A      You got it.  I'm guilty.  But, you

 17          know, it -- it's important enough for me and you

 18          guys.  I mean, that's why...

 19                  Q      Do you recall receiving other

 20          instruction related to FOIA requests to search for

 21          certain documents?

 22                         MS. BARDOT:  Object to form.
```

```
                                              Page 140

 1              THE WITNESS:  There was multiple

 2       requests, I think, in regards to that.

 3       BY MR. SMITH:

 4              Q     So there were multiple requests, but

 5       do you recall conducting searches in response to

 6       those requests?

 7              A     So that's -- that's difficult to

 8       answer for the fact that -- I mean, I know there

 9       were offline e-mail searches that were done, but

10       not by me.  I believe there was requests to -- to

11       check, you know, e-mails and, you know, anything

12       that would jog a memory of the name and date and --

13       I mean, like, this is -- we're in like the third

14       year of this now, so it's hard for me to answer

15       that.

16              Q     Do you recall turning over any

17       documents that you found in response to those

18       requests?

19              A     This document in front of us.

20              Q     So this one document, in terms of

21       your recollection, is the only thing that you

22       produced related to any requests for documents and
```

```
                                                     Page 141

  1          information?

  2                      (Laszlo Palko and Mario Lugo leave

  3                      deposition.)

  4                      THE WITNESS:  No.  I mean, I turned

  5          these documents over, you know, that were sent to

  6          me.

  7          BY MR. SMITH:

  8                  Q     Which documents are you referring to?

  9                  A     Well, I forwarded e-mails from

 10          O'Neil -- or Neil and --

 11                  Q     I'm sorry.  Let me be clear; so I

 12          understand that -- that there's e-mails that you

 13          have forwarded to certain people.

 14                      But in terms of the FOIA requests,

 15          investigations, is this the only document you can

 16          recall?

 17                  A     This wasn't a FOIA request.

 18                      MS. BARDOT:  Object to form.  I don't

 19          even know that he knows about the FOIA request, so

 20          I object to the form of your question.

 21          BY MR. SMITH:

 22                  Q     Do you recall receiving a litigation
```

Page 142

1         hold notice related to this case?

2                 A     I have a binder that looks similar to

3         that, your brown one in front of you, that

4         accordion folder, that's full of paperwork from

5         this case.  That's what I was served with.

6                 Q     No, not including anybody within

7         Manassas Park Police Department, but Manassas Park

8         the City, do you recollect forwarding anything to

9         anybody at Manassas Park, the City, any documents?

10                A     Not that I can recall directly.

11                Q     So you said this might have been in

12        your junk folder, it might have been in your

13        deleted folder.  Did you move this document from

14        whatever folder it was in to your in-box or is it

15        still sitting in whichever folder you found it in?

16                A     I believe it's still sitting in the

17        same folder.  I literally clicked on it and hit

18        "forward."

19                Q     So as you were scanning through your

20        e-mails in March of 2021, do you recall if this was

21        the only e-mail from March 29th, 2019?

22                A     Yes, it is.

Page 143

1              Q      And to be clear, that's for anything.

2       That would be other cases.  Did you not have any

3       other e-mails from that day except for this one?

4                     MS. BARDOT:  Object to form.

5       Relevance.

6                     But you can answer if you can

7       recall.

8                     THE WITNESS:  Sir, I can't recall if

9       there's -- in the deleted folder if there's -- I'm

10      sure you're the same way.  We receive 20, 30, 40

11      e-mails a day.  I mean, I'm sure there's -- I

12      don't -- that's why this was found.  I don't delete

13      e-mails in my deleted folder.

14                    The City has now started archiving

15      the e-mails.  So, yes, those e-mails disappear

16      out of there, but they're archived from my phone

17      or from my desktop.  But that's how this was

18      discovered.  I -- that man at the end of the

19      table doesn't delete anything from his e-mails

20      either, he saves everything, and has been from

21      day one.  So that's -- that's how this was found.

22      BY MR. SMITH:

Page 144

1              Q     Of course, I understand that.  And I

2       understand -- I understand that this --

3              A     I know.  I'm just trying to be, like,

4       clear with you that it's -- that's how it was

5       discovered.  I mean, I -- it was literally a -- a

6       hand search from my phone that day.  It wasn't on

7       my computer screen.  It wasn't -- did I admit that

8       I was driving and doing this?  Absolutely I do.

9       But that's how it was discovered.

10             Q     And I understand that.  And, you

11      know, in a profession where we get dozens of

12      e-mails per day, I completely understand that.

13      What I'm just trying to figure out is -- you say

14      you don't delete anything.  There's a lot of

15      e-mails presumably that would have come in on that

16      same day, March 29th of 2019.

17                   The only thing that I'm asking is:

18      Even if it has nothing to do with this case, even

19      if you didn't forward it, were there other e-mails

20      that you have in your account, e-mail account, that

21      would be from March 29th, 2019?

22                   MS. BARDOT:  Object to form.

Page 145

1      Relevance.

2                      You can answer if you know.

3                      THE WITNESS:  Sure.  There's rundowns

4      that are sent out twice a day, so I'm sure there's

5      a rundown from that day.  I'm sure that there's

6      probably something there from that day.  Was it

7      enough that -- that I remember when I saw this, you

8      know?  And this is what I focused on because -- you

9      know, no, it's -- I -- I didn't commit the other

10     things above it or below it to memory if it was

11     there.

12     BY MR. SMITH:

13             Q      And that's what I'm trying to get at

14     is:  What stood out to you about this e-mail to

15     where you forwarded it?

16             A      The date, the AT&T Mobility.

17             Q      So that stood out as something that

18     could relate to the Regan Miller case?

19             A      Correct.

20             Q      What was your initial thought when

21     you found this?

22             A      I don't want to have expletives on

Page 146

1      the record, but that was probably about what it

2      was.

3              Q     And when you say "expletives," was it

4      more --

5              A     Four letter.

6              Q     Was it expletives because you had

7      somehow missed this?  That this was somehow there?

8                    Why were you frustrated?

9                    MS. BARDOT:  Object to form.

10                   THE WITNESS:  Obviously, I didn't

11     know this was there, right, that this existed in my

12     trash folder or deleted folder.  Obviously, I knew

13     the severity of this case, and in the back of my

14     mind, I thought -- I don't think it was you guys at

15     the time, but whoever his attorneys were at the

16     time -- that this document was being secreted from,

17     you know, this case.  And that it's not the case --

18     that wasn't the case.  But immediately I turned it

19     over to the proper people that needed to know about

20     it.

21     BY MR. SMITH:

22              Q     So you said you had expletives.  Did

Page 147

1          you immediately know that this related to the Regan

2          Miller case?

3                         MS. BARDOT:  Object to form.

4                         THE WITNESS:  Did I 100 percent know?

5          Did I have a gut-feeling?  Yeah, because of the

6          date and time.

7          BY MR. SMITH:

8                Q      Did it jog your memory about

9          anything?

10               A      Honestly, to this day it doesn't.

11               Q      When you called -- strike that.

12                      Assuming you placed a call to AT&T,

13         would it have been through an office phone?  A

14         personal cellphone?

15               A      The phone in dispatch.

16               Q      It would have been the phone in

17         dispatch?

18               A      Uh-huh.

19               Q      So just to understand, if this came

20         in at -- and when I say "this," I'm referring to

21         Exhibit 22, the exigent file.

22                      If this came in from AT&T on

```
                                              Page 150

  1            Q     So if you look about halfway down,

  2      you will see that access was granted -- you're

  3      first in the S1A stairwell at 6:43 p.m., and then

  4      you were back in the 911 dispatch room at 6:43 p.m.

  5                  So do you agree that's approximately

  6      seven minutes after you received this e-mail from

  7      AT&T?

  8            A     It appears, yes.

  9            Q     Is it possible that your return to

 10      the 911 dispatch room was to make that call to

 11      AT&T?

 12                  MS. BARDOT:  Object to form.

 13                  THE WITNESS:  Sir, I don't recall.

 14                  MR. SMITH:  Okay.  We'll mark this as

 15      23.

 16                  (Winston Deposition Exhibit Number 23

 17                  marked for identification.)

 18                  (Discussion had off the record.)

 19                  MR. SMITH:  All right.  Good to go

 20      back on the record.

 21      BY MR. SMITH:

 22            Q     All right.  Mr. Winston, I have
```

Page 151

1         handed you a document that's entitled, "Prince

2         William County Police Department Incident Detail."

3              A     Uh-huh.

4              Q     Do you recognize this document?

5              A     Never seen it.

6              Q     So it's identified as CAD incident

7         information.

8                    You had mentioned CAD previously.

9         What is CAD?

10             A     Computer automated dispatch.

11             Q     And can you just generally describe

12        what is a -- what is the purpose of this CAD

13        incident information?

14             A     I don't work for the county.  I have

15        no clue what -- what they do with this.

16             Q     In terms of for Manassas Park.  You

17        have a CAD system as well, what do you -- what's it

18        used for?

19             A     Call intake, dispatch calls.  That's

20        probably the majority of it.

21             Q     So looking at this Exhibit 23, what

22        was the date of the incident described in this

Page 152

1      report?

2                    MS. BARDOT:  I will object.  The

3      document speaks for itself.  He has never seen it.

4      You're just simply asking him to read from the

5      document.

6                    But if you want to read from the

7      document, you can.

8                    THE WITNESS:  It says, "March 29th,

9      2019 at 6:55."

10     BY MR. SMITH:

11          Q     So under the, "Incident Comments

12     Report," that first box under "Comments," you see

13     that all the way at the bottom it says, "Responding

14     OFC to call, LT Winston with MNPK7032968261."

15                    Is that your --

16          A     Department cellphone.

17          Q     -- department-issued cellphone

18     number?

19          A     Uh-huh.

20          Q     It also says in the Comments section

21     that a lieutenant from Manassas Park called Vicki

22     Foster and she hung up on him.

```
                                            Page 153

 1                  Did you speak with Victoria Foster on

 2        March 29th, 2019?

 3             A     Sir, not that I recall.

 4             Q     In looking through this, does

 5        anything that you see refresh your memory about

 6        matters which took place on March 29th, 2019

 7        related to Victoria Foster?

 8             A     I mean -- again, with this document,

 9        and the e-mail that I produced on March 26, 2021, I

10        mean, it's evident that I had involvement in this

11        at some point.  You know, I -- I allegedly

12        obviously conducted a ping of the phone because

13        I -- otherwise, I don't think this e-mail would

14        have been sent to me.

15                  I don't remember talking to anybody

16        from Prince William that day in regards to Vicki,

17        but I -- I mean, I -- there's no doubt that I

18        walked in there to help out with everything that

19        was -- with what's going on here in this case.

20             Q     Just out of curiosity, why -- just

21        generally, why would you request a phone call from

22        a different jurisdiction related to a case?
```

Page 160

1     BY MR. SMITH:

2              Q     Correct.

3                    MS. BARDOT:  Same objection.

4                    THE WITNESS:  You request one.

5     BY MR. SMITH:

6              Q     Who do you make that request to?

7              A     Dispatch.

8              Q     So if you would turn to page 2.

9              A     Of 23?

10             Q     Of 23, yes.

11                   Do you see in the "comments section,"

12    it looks like there's two inputs, but one of

13    them -- which is associated with the 744

14    disposition date?

15             A     Uh-huh.

16             Q     It says, "Relayed information to

17    Manassas Park PD."  And this is coming from Unit

18    Number 1419A, which is identified as Ricardo

19    Martins.

20                   Do you have any recollection of

21    speaking with Officer Martins from Prince William

22    County on March 29th?

```
                                                   Page 161

 1                  A      No, sir.

 2                  Q      Have you seen the report that was

 3         attached to the complaint, which shows a picture of

 4         a cellphone and an outgoing call placed to your

 5         department-issued cellphone at approximately 7:27

 6         on March 29th, 2019?

 7                  A      A picture of an outgoing call?

 8                         MR. SMITH:  So we'll mark this as 24.

 9                     (Winston Deposition Exhibit Number 24

10                      marked for identification.)

11         BY MR. SMITH:

12                  Q      Is that the cellphone number,

13         Mr. Winston, of your department-issued --

14                  A      It is.

15                  Q      Do you see there it says,

16         "March 29th, 7:27 p.m., outgoing call, two minutes,

17         twenty-three seconds"?

18                  A      I do.

19                  Q      And you don't have any recollection

20         of having a phone call with anybody from Prince

21         William County?

22                  A      Sir, I --
```

```
                                                  Page 162
 1                    MS. BARDOT:  Object to form.
 2         BY MR. SMITH:
 3              Q     You started to answer, and I don't
 4         know if they caught that.
 5              A     I'm sorry.  I don't.
 6              Q     So knowing what you know now, would
 7         you agree that the incident that's described in
 8         Exhibit 23, which is the Prince William County CAD
 9         Incident Report, relates to the LInX searches
10         performed by Regan Miller on March 29, 2019 related
11         to Victoria Foster?
12                    MS. BARDOT:  Object to form.  Lack of
13         foundation.
14                    THE WITNESS:  Do I answer that?
15                    MS. BARDOT:  Yeah, you can answer if
16         you have the knowledge about it.
17                    THE WITNESS:  I don't have the
18         knowledge of that.
19         BY MR. SMITH:
20              Q     I'm sorry.  Are you -- are you
21         looking at Exhibit 24 or 23?
22              A     I'm at 24.
```

```
                                              Page 164
 1                    MS. BARDOT:  Object to form.  Lack of
 2        foundation.
 3                    You can answer.
 4                    THE WITNESS:  Yes, it would lead one
 5        to believe.
 6        BY MR. SMITH:
 7             Q     So were you aware that criminal
 8        charges were filed against Regan Miller on
 9        February 12th, 2020?
10             A     I was aware they were filed, yes.
11        That date, I can't specifically say the date, but
12        I'm aware that they were filed.
13             Q     So prior to that date, did you have
14        any reason to believe that Manassas Park Police
15        Department was seeking to file criminal charges
16        against Regan Miller?
17             A     I can't honestly say that I did.
18             Q     Did it come as a shock to you?
19                    MS. BARDOT:  Object to the form.
20                    You can answer.
21                    THE WITNESS:  I don't know that it
22        was a shock.
```

Page 167

1       Valerie asked?

2              Q    So the question was:  If during the

3       shift -- in quotations -- I'm sorry, in

4       parentheses -- at approximately ten minutes before

5       roll call on March 29th, did you ask any Manassas

6       Park police officers to conduct a LInX search for

7       you or anyone else?

8              A    I would still say no, because I don't

9       remember asking anybody to search LInX.  I had

10      access to LInX.

11             Q    So when were you first made aware of

12      the fact that Manassas Park was filing criminal

13      charges against Regan Miller?

14                   MS. BARDOT:  That's been asked and

15      answered.

16                   You can answer again.

17                   THE WITNESS:  Say that one more time.

18                   MS. BARDOT:  I said it's been asked

19      and answered.  He asked you this about six

20      questions ago, but you can answer it again.

21                   THE WITNESS:  I believe it was the

22      day they were filed, sir.

```
                                            Page 168
 1                    MR. SMITH:  Point of order, I just
 2          asked if he knew about the criminal charges being
 3          filed on February 12th --
 4                    MS. BARDOT:  I --
 5                    MR. SMITH:  -- of 2020.
 6                    MS. BARDOT:  I take pretty good
 7          notes.  He said he was aware that they were filed
 8          and he can't say the date, so I think it's been
 9          asked and answered.  But I don't want to argue
10          objections with you.
11                    MR. SMITH:  That would be fine.
12                    MS. BARDOT:  It's really not.
13    BY MR. SMITH:
14          Q    Since that time, have you reviewed
15          the incident report related to the criminal
16          complaint filed against Regan Miller?
17          A    I have never seen the incident report
18          related to this.
19          Q    Why don't you take a look here.
20                    MR. SMITH:  So we'll mark this as 25.
21                (Winston Deposition Exhibit Number 25
22                  marked for identification.)
```