

**McGavin Boyce Bardot Thorsen & Katz, PC**

9990 Fairfax Boulevard
Suite 400
Fairfax, VA 22030

Tel:  703.385.1000
Fax: 703.385.1555

Heather K. Bardot
Attorney at Law
hbardot@mbbtklaw.com

FILED
2022 MAY -3  P 1:09

May 3, 2022

**SENT VIA EXCEL COURIER (HAND-DELIVERY)**
Leonie M. Brinkema, United States District Judge
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

    Re:    <u>Regan Miller v. City of Manassas Park, et al.</u>
            Case no.: 1:21-cv00456

Dear Judge Brinkema:

    Enclosed is an original and two courtesy copies of Defendants' Final Disclosures for Trial.

    If anything further is needed from me in advance of the trial, please do not hesitate to contact me.

                              Sincerely,

                              Heather K. Bardot

Enclosure

    Cc:    Clyde E. Findley, Esquire
            Andrew J. Smith, Esquire