IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| REGAN MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 1:21cv00456 (LMB/MSN) |
| | ) |
| CITY OF MANASSAS PARK, MARIO LUGO, FRANK WINSTON, TREVOR REINHART, CARL DORR, and LASZLO PALKO, | ) ) ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the unanimous jury verdict entered on May 10, 2022, and in accordance with Rule 58, Fed.R.Civ.P., JUDGMENT is hereby entered in favor of the defendants Mario Lugo and Trevor Reinhart and against the plaintiff Regan Miller.

FERNANDO GALINDO, CLERK

By:_____/s/_____
Y. Guyton, Deputy Clerk

Dated: 05/10/2022
Alexandria, Virginia