IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| REGAN MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:21-cv-00456 (LMB/MSN) |
| ) | |
| CITY OF MANASSAS PARK, MARIO LUGO, ) | |
| FRANK WINSTON, TREVOR REINHART, ) | |
| CARL DORR, and LASZLO PALKO, ) | |
| ) | |
| Defendants. | |

## ORDER

The jury having returned a verdict in favor of defendants Mario Lugo and Trevor Reinhart, it is hereby

ORDERED that judgment be and is entered in favor of defendants.

The Clerk is directed to enter judgment in favor of defendants under Fed. R. Civ. P. 58; forward copies of this Order to counsel of record; and close this civil action.

Entered this 10th day of May, 2022.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge