IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| REGAN MILLER,                              )<br>                                            )<br>     Plaintiff,                            )<br>                                            )<br>v.                                         )<br>                                            )<br>CITY OF MANASSAS PARK, MARIO LUGO,          )<br>   FRANK WINSTON, TREVOR REINHART,          )<br>   CARL DORR, and LASZLO PALKO,             )<br>                                            )<br>     Defendants.                            ) | 1:21-cv-00456 (LMB/MSN) |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that plaintiff's Motion for Judgment as a Matter of Law [Dkt. No. 150] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 15th day of July, 2022.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge